**UNITED STATES DISTRICT COURT**  
**CENTRAL DISTRICT OF CALIFORNIA**

JS-6

## CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No. **CV 18-5902-JFW(AGRx)** | Date: August 8, 2018 |

Title: Cedric D. Turner, et al. -v- Caliber Home Loans, Inc., et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDER

     As a result of the Plaintiffs' failure to file the Joint Rule 26(f) Report as required by the Court's Order of July 12, 2018, this action is hereby **DISMISSED without prejudice**. The Scheduling Conference, currently on calendar for August 20, 2018, is **VACATED**. *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

     IT IS SO ORDERED.